UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN B. MCKENNA,

                    Plaintiff,

          - against -

CB INFORMATION SERVICES, INC.,

                    Defendant.

25-cv-10271 (JGK)

Order

---

**John G. Koeltl, District Judge:**

As discussed during today's telephone conference, the plaintiff shall file an amended complaint by **June 22, 2026**. The defendants shall respond to the amended complaint by **July 13, 2026**.

If the defendants move to dismiss the amended complaint, any opposition shall be filed by **August 3, 2026**, and any reply shall be filed by **August 14, 2026**. If the defendants answer the amended complaint, the parties shall file a Rule 26(f) report by **August 3, 2026**.

The parties shall also submit a joint letter by **June 22, 2026**, advising the Court whether the assistance of a Magistrate Judge or referral to the mediation panel would be helpful.

The plaintiff may consider contacting the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is

run by a private organization; it is not part of, or run by, the Court. An informational flyer regarding the clinic is attached to this Order.

The Clerk is respectfully requested to close ECF No. 16. The Clerk is also requested to mail a copy of this Order to the pro se plaintiff and note the mailing on the docket.

**SO ORDERED.**

**Dated:**   **New York, New York**
       **June 1, 2026**

**John G. Koeltl**
**United States District Judge**

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794**, leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including **mediation**)

 **Reviewing drafted pleadings** and correspondence with the Court