UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN B. MCKENNA,<br><br>               Plaintiff,<br><br>-against-<br><br>CB INFORMATION SERVICES,<br><br>               Defendant. | 25-cv-10271 (JGK)<br><br>ORDER FOR LIMITED APPEARANCE OF PRO BONO COUNSEL |

**John G. Koeltl, United States District Judge:**

The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent the plaintiff in this case for limited scope for purposes of mediation. That representation will terminate once the mediation or any continued mediation concludes.

If the plaintiff objects to this grant of *pro bono* counsel, the plaintiff must file an objection within 15 days of the date of this order.

The Clerk is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:  June 23, 2026
        New York, New York

                                                John G. Koeltl
                              United States District Judge