UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN B. MCKENNA

            Plaintiff,

   - against –

CB INFORMATION SERVICES, INC.,

            Defendants.

25-cv-10271 (JGK)

<u>Order</u>

---

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference on **Wednesday, July 1, 2026, at 1:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The Clerk is respectfully directed to mail this Order to the plaintiff and note the mailing on the docket.

**SO ORDERED.**

Dated:     **New York, New York**
           **June 26, 2026**

                              **John G. Koeltl**
                          **United States District Judge**