UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN B. MCKENNA,

Plaintiff,

- against -

CB INFORMATION SERVICES, INC.,

Defendant.

25-cv-10271 (JGK)

Order

---

**John G. Koeltl, District Judge:**

As discussed in today's telephone conference, this case is stayed until **July 8, 2026**. The parties shall advise the Court of the status of this case on or before **July 8, 2026**.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and note the mailing on the docket. The Chambers will email a copy of this Order to the plaintiff at mckenna.jonathan@gmail.com.

SO ORDERED.

Dated:   New York, New York
         July 1, 2026

_____
John G. Koeltl
United States District Judge