UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JONATHAN B. MCKENNA,**

**Plaintiff,**

**- against -**

**CB INFORMATION SERVICES, INC.,**

**Defendant.**

**25-cv-10271 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

This case has been referred to the Court's Alternative Dispute Resolution program. All deadlines are stayed pending a decision from that program. The parties should provide a status report to the Court within seven (7) days of the completion of mediation.

A copy of this Order should be mailed to the Pro Se plaintiff and mailing should be noted on the docket.

**SO ORDERED.**

**Dated:** New York, New York
August 10, 2026

John G. Koeltl
United States District Judge